EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 3 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>ROBERT N. LINDER,<br>   aka "Bobby,"       (01),<br>BRENT C. WEBER,      (02),<br><br>                Defendants. | CR. NO. 04-00133 DAE<br><br>INDICTMENT<br>[21 U.S.C. § 846 and<br>18 U.S.C. § 2]<br><br>SEALED<br>BY ORDER OF THE COURT |

INDICTMENT

The Grand Jury charges that:

On or about January 20, 2004, in the District of Hawaii and elsewhere, the defendants ROBERT N. LINDER, aka "Bobby" and BRENT C. WEBER did knowingly and intentionally attempt to possess with intent to distribute, 500 grams or more of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846 and Title 18 United States Code, Section 2.

DATE: 3/23/04 , 2004, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


*[signature]*
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


*[signature]*
THOMAS MUEHLECK
Assistant U.S. Attorney


United States v. Robert N. Linder, et.al.
Cr. No. _____
INDICTMENT