EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00133-02 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| BRENT C. WEBER,    (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against the defendant only named above on the ground(s) that the defendant entered a plea of guilty to an Information filed in Cr. No. 04-00439 DAE.

The defendant is not in custody on the dismissed charge(s) listed above.

DATED: May 12, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ T. Muehleck
THOMAS MUEHLECK
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA

_____
DAVID A. EZRA
Chief United States District Judge

UNITED STATES v. BRENT C. WEBER
Cr. No. 04-00133-02 DAE
"Order for Dismissal"

2